MARK B. MIZRAHI (BAR NO. 179384)
mark.mizrahi@saul.com
**SAUL EWING LLP**
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100

*Attorneys for Defendants,*
*FKA DISTRIBUTING CO., LLC d/b/a*
*HOMEDICS LLC and WALMART INC.*

JOSEPH L. KISH (CA Bar No. 136429)
jkish@smsm.com
MATTHEW D. KELLY (pro hac vice)
mkelly@smsm.com
**SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606
Telephone: (312) 545-7800

*Attorneys for Defendant A&D ENGINEERING, INC.*

ALEXANDER E. WOLF (BAR NO. 299775)
awolf@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel: 872-365-7060

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ERIC DOYLE and GABRIEL CONTRERAS, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>FKA DISTRIBUTING CO., LLC d/b/a HOMEDICS LLC; WALMART INC.; and A&D ENGINEERING INC., a Michigan corporation,<br><br>Defendants. | Case No.: 2:23-cv-10807-SPG-SSC<br><br>*The Honorable Sherilyn Peace Garnett*<br><br>**REPORT OF SETTLEMENT IN PRINCIPLE**<br><br>Trial Date: 01/26/2027 |

Pursuant to Central District Local Rule 16-15.7, plaintiffs Eric Doyle and Gabriel Contreras, individually and on behalf of all others similarly situated, and Defendants FKA Distributing Co. LLC d/b/a HoMedics LLC, Walmart Inc., and A&D Engineering Inc., by and through their respective counsel, hereby notify the Court that the parties have reached a settlement in this matter, in principle, subject to execution of a long form written settlement agreement by all of the parties, with each party to bear its own fees and cost incurred in connection with this litigation. The parties expect to execute the longform settlement agreement over the next 14 days.  Once the long form settlement agreement has been executed by all of the parties, the parties will promptly file a stipulated dismissal with the Court.

DATED: July 18, 2025          MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

By:  /s/ - Alexander E. Wolf
     ALEXANDER E. WOLF
     Attorneys for Plaintiffs

DATED: July 18, 2025          SAUL EWING, LLP

By:  /s/ - Mark. B. Mizrahi
     MARK B. MIZRAHI
     Attorneys for Defendants, FKA DISTRIBUTING CO., LLC d/b/a HOMEDICS LLC and WALMART INC.

51995479.1 390352-00001

2
REPORT OF SETTLEMENT IN PRINCIPLE

DATED: July 18, 2025        SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

By: */s/* - Joseph L. Kish
JOSEPH L. KISH
Attorneys for Defendant
A&D ENGINEERING, INC.

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.