ALEXANDER E. WOLF (BAR NO. 299775)
awolf@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel: 872-365-7060

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DOYLE and GABRIEL CONTRERAS, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>FKA DISTRIBUTING CO., LLC d/b/a HOMEDICS LLC; WALMART INC.; and A&D ENGINEERING INC.,<br><br>Defendants. | Case No.: 2:23-cv-10807-SPG-SSC<br><br>The Hon. Sherilyn Peace Garnett<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiffs Eric Doyle and Gabriel Contreras ("Plaintiffs"), and Defendants FKA Distributing Co. LLC d/b/a HoMedics LLC, Walmart Inc., and A&D Engineering Inc. (collectively "Defendants"), by and through their respective counsel, hereby stipulate that the above-captioned action is voluntarily dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal upon a "stipulation of dismissal signed by all parties who have appeared"). Each party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED: July 29, 2025         MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

By: */s/ Alexander E. Wolf*
ALEXANDER E. WOLF
Attorneys for Plaintiffs

DATED: July 29, 2025         SAUL EWING, LLP

By: */s/ Mark B. Mizrahi*
MARK B. MIZRAHI
Attorneys for Defendants, FKA DISTRIBUTING CO., LLC d/b/a HOMEDICS LLC and WALMART INC.

DATED: July 29, 2025

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

By: */s/ Joseph L. Kish*
JOSEPH L. KISH
Attorneys for Defendant
A&D ENGINEERING, INC.

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.